```
                        UNITED STATES DISTRICT COURT
                           DISTRICT OF NEW JERSEY


_____
                                :
RICKY L. WINTERS,               :
                                :
          Petitioner,           :   Civ. No. 16-3313 (NLH)
                                :
     v.                         :   MEMORANDUM OPINION
                                :
UNITED STATES OF AMERICA, et al.,:
                                :
          Respondents.          :
_____:
```

APPEARANCES:
Ricky L. Winters
14-B-0967
Orleans Correctional Facility
3531 Gaines Basin Rd.
Albion, NY 14411-9199
    Petitioner Pro se

HILLMAN, District Judge

**THIS MATTER** having been opened by the Court sua sponte, and it appearing that:

1.  On May 3, 2016, Petitioner Ricky L. Winters, submitted a Petition under the All Writs Act, 28 U.S.C. § 1651. (ECF No. 1.) Petitioner has also submitted an application to proceed in forma pauperis. (ECF No. 1-1.) The Petition raises various challenges, ranging from the start date of his probation, to the authority of the Warden of the Federal Correctional Institution at Fort Dix to release him to New York State Department of Corrections officials, to the violation of his constitutional due process rights. (ECF No. 1.)

2. At the time he submitted his Petition, Petitioner was incarcerated at Orleans Correctional Facility in Albion, New York.  (ECF No. 1.)

3. According to the New York State Department of Corrections Inmate Information Database, Petitioner was released from their custody on November 22, 2016.  See http://nysdoccslookup.doccs.ny.gov/GCA00P00/WIQ2/WINQ120.

4. Since his release, Petitioner has not communicated with the Court regarding his Petition, including failing to provide the Court with his new address in violation of L. Civ. R. 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Petitioner's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter.  If Petitioner updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this matter to conduct its screening of the Petition.

6. An appropriate order follows.


Dated: January 26, 2017                s/ Noel L. Hillman
At Camden, New Jersey                  NOEL L. HILLMAN, U.S.D.J.