```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                   :
RICKY L. WINTERS,                  :
                                   :
          Petitioner,              :    Civ. No. 16-3313 (NLH)
                                   :
     v.                            :    MEMORANDUM OPINION
                                   :
UNITED STATES OF AMERICA,          :
et al.,                            :
                                   :
          Respondents.             :
_____:
```

It appearing that:

1. Petitioner Ricky L. Winters has brought this action pursuant to the All Writs Act, 28 U.S.C. § 1651, to challenge various issues, including the start date of his probation, the authority of the Warden of the Federal Correctional Institution at Fort Dix to release him to the New York State Department of Corrections officials, and the violation of his constitutional due process rights. ECF No. 1. At the time he submitted his Petition, Petitioner was incarcerated at the Orleans Correctional Facility in Albion, New York. Id.

2. Shortly after he filed his Petition, Petitioner was released from the custody of the New York Department of Corrections. See ECF No. 3. Because Petitioner had not communicated with the Court regarding his new address, the Court administratively terminated this action pursuant to D.N.J. Local Rule 10.1. See ECF Nos. 3, 4.

3.  Some time later, Petitioner updated his address of record with the Court, and the action was reopened.  See ECF Nos. 5, 6.

4.  Since that time, however, it appears that Petitioner has again changed addresses and failed to update the Court as required.  Specifically, correspondence from the Court mailed to Petitioner's address of record was returned to the Court as "return to sender, not deliverable as addressed, unable to forward."  ECF No. 7.

5.  Petitioner has not communicated with the Court regarding a change of address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6.  Based on Petitioner's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter.  If Petitioner updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

7.  An appropriate order follows.


Dated: January 10, 2019      s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.